

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-24CR-297-N |
| JAMARION WHITE | |

FILED-USDC-NDTX-DA
'24 JUL 16 PM4:48

### INDICTMENT

The Grand Jury charges:

Count One
Possession of a Machinegun
(Violation of 18 U.S.C. § 922(o))

On or about June 12, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Jamarion White**, did knowingly possess a machinegun, to wit: a Glock, Model 19X, 9mm caliber pistol, bearing serial number BKRR672, with an attached machinegun conversion device (commonly referred to as a "Glock switch"), knowing that the weapon had the characteristics that made it a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18 U.S.C. § 922(o).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Jamarion White**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.

This property includes, but is not limited to, the following:

1. a Glock, Model 19X, 9mm caliber pistol, bearing serial number BKRR672, with an attached machinegun conversion device (commonly referred to as a "Glock switch"), and any magazine and ammunition recovered with the firearm.

A TRUE BILL:

*Billy Creed*
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*Marissa Aulbaugh*
MARISSA AULBAUGH
Assistant United States Attorney
Texas Bar No. 24084051
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8760
Facsimile: 214-659-8805
E-mail: marissa.aulbaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JAMARION WHITE

INDICTMENT

18 U.S.C. § 922(o)
Possession of a Machinegun
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS _____Betty Creed_____ FOREPERSON

Filed in open court this 16 day of July, 2024.

---

**Warrant to be Issued - In State Custody**

---

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:24-MJ-565